# UNITED STATES DISTRICT COURT

____ District of COLUMBIA _____

FILED
JUL 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Norris and Dontieia Green
Plaintiffs

V.

The Community Partnership for the Prevention of Homelessness
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 1243

Leave to file without
Prepayment of Cost GRANTED

I, <u>Norris Green</u> declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

*Judge [signature]*
*7/15/08*

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____
    Are you employed at the institution? _____ Do you receive any payment from the institution? _____
    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?    ☐ Yes    ☒ No
a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)
    _____

b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    <u>2002, $7.50/hour (before taxes). Kelly's Restaurant, 3rd and D Street, SW</u>

3.  In the past 12 twelve months have you received any money from any of the following sources?

a.  Business, profession or other self-employment        ☐ Yes    ☒ No
b.  Rent payments, interest or dividends                 ☐ Yes    ☒ No
c.  Pensions, annuities or life insurance payments       ☐ Yes    ☒ No
d.  Disability or workers compensation payments          ☐ Yes    ☒ No
e.  Gifts or inheritances                                ☐ Yes    ☒ No
f.  Any other sources                                    ☒ Yes    ☐ No

RECEIVED
JUL 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

3

Temporary Assistance for Needy Families, $336 per month

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)
C.G., daughter, 100%
J.G., daughter, 100%

I declare under penalty of perjury that the above information is true and correct.

_July 10, 2008_
Date

_Dorris G. Green, Jr._
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.